IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, on Behalf of Herself and Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:05-CV-03733 |
| BRINKER INTERNATIONAL, INC., | § § § | |
| Defendants. | § | |

**PLAINTIFF'S 2-09-06 NOTICE OF FILING ADDITIONAL NOTICE OF CONSENT**

Plaintiff Jennifer Roussell, on behalf of herself and others similarly situated, hereby files this 2-09-06 Notice of Filing Additional Notice of Consent, and would show the Court that, by way of the attached Notice of Consent, the following individual hereby joins this collective action:

1.   Willie Hayes.[1]

Respectfully submitted,

By: _____
MARTIN A. SHELLIST
State Bar No. 00786487
Federal ID No. 16456
DARYL J. SINKULE
State Bar No. 24037502
Federal ID No. 34842
3D/International Tower
1900 West Loop South, Suite 1910
Houston, Texas 77027
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

OF COUNSEL:
SHELLIST ✯ LAZARZ LLP

---

[1] Mr. Hayes' Notice of Consent is attached hereto as Exhibit "A."

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded by Notice of Electronic Filing on known Filing Users, or via courier, certified mail (return receipt requested), facsimile transmittal, and/or first class mail delivery on unknown Filing Users, on this the 9th day of February, 2006, addressed as follows:

Fraser A. McAlpine
Tara Hittelman
Kevin J. White
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Facsimile: (713) 236-0822

Jordan Cowman
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Facsimile: (214) 969-2828

Richard J. Burch
BRUCKNER BURCH PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057
Facsimile: (713) 877-8065

_____
DARYL J. SINKULE