IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED, | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 4:05-CV-03733 |
| VS. | § § | |
| BRINKER INTERNATIONAL, INC., | § § | Jury Requested |
| DEFENDANT. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR NOTICE TO POTENTIAL CLASS MEMBERS**

Jennifer Roussell, on behalf of herself and other similarly situated current and former employees of Brinker Payroll Company files this Unopposed Motion for Notice to Potential Class Members. As reflected in the pleadings, Plaintiff contends that Brinker International, Inc., doing business as Chili's Grill & Bar restaurants ("Chili's"), maintained a tip pool under which some of her tips were involuntarily shared with QAs (also known as "Quality Assurance workers," "Expediters" and "expos"). Roussell contends that federal law prohibits Chili's from requiring or maintaining a tip pool from which QAs, Quality Assurance workers, Expediters, or expos collect tips. Roussell contends other Servers participated in this type of allegedly invalid tip pool. Chili's denies Plaintiff's allegations.

Plaintiff seeks to maintain this litigation as a collective action and to give notice of the lawsuit to similarly situated employees. In order to allow persons who are similarly situated to Plaintiff to obtain information about this litigation and elect whether they wish to file a consent to join the litigation, Plaintiff moves the Court to approve the form of Notice attached hereto as Exhibit A, and to permit Plaintiff to issue notice to potential class members. As reflected below

and as stated by Chili's counsel during the Status Conference held by the Court on August 16, 2006, Chili's does not oppose a motion for approval of the form of Notice attached hereto as Exhibit A, and does not oppose a motion by Plaintiff seeking permission to issue notice in that form.

Respectfully submitted,

**Martin Shellist (by RJB)**

**Martin A. Shellist**
State Bar No. 00786487
Federal I.D. No. 16456
**Shellist & Lazarz LLP**
1900 West Loop South
Suite 1910
Houston, Texas 77027
713.621.2277 (Telephone)
713.621.0993 (Facsimile)

ATTORNEY-IN-CHARGE FOR PLAINTIFF
JENNIFER ROUSSELL

Of COUNSEL:

**Daryl J. Sinkule**
State Bar No. 24037502
Federal I.D. No. 34842
**Shellist & Lazarz LLP**
1900 West Loop South
Suite 1910
Houston, Texas 77027
713.621.2277 (Telephone)
713.621.0993 (Facsimile)

**Richard J. (Rex) Burch**
State Bar No. 240018078
S.D. Tex. No. 21615
**BRUCKNER BURCH PLLC**
5847 San Felipe, Suite 3900
Houston, Texas  77057
713.877.8788 (Telephone)
713.877.8065 (Facsimile)

<u>CERTIFICATE OF CONFERENCE</u>

I certify that over the course of several months counsel for the parties have conferred repeatedly in person and by telephone concerning the present motion, and Fraser McAlpine as Attorney-in-Charge for Defendant has confirmed that Defendant does not oppose this motion.

**Richard J. Burch**
_____
Richard J. Burch

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 25, 2006, I served a true copy of

**PLAINTIFF'S UNOPPOSED MOTION FOR NOTICE TO POTENTIAL CLASS MEMBERS**

by Notice of Electronic Filing on known Filing Users or by certified mail, return receipt requested, on unknown Filing Users addressed as follows:

**Fraser A. McAlpine**
State Bar No. 13321300
Federal I.D. No. 3407
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana, 44th Floor
Houston, Texas 77002

**Richard J. Burch**
_____
Richard J. Burch