IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, on behalf of Herself and others similarly situated, | § § § | Civil Action No. 4:05-CV-03733 |
| Plaintiff, | § § | |
| v. | § § | |
| BRINKER INTERNATIONAL, INC., | § § | |
| Defendant. | § § | |

**Plaintiffs' Motion *in Limine* to Exclude Evidence of Tips Received By Plaintiffs In Excess of the Tip Credit Taken By Defendant**

59910-3

Plaintiff Jennifer Roussell, on behalf of herself and other similarly situated, files this motion *in limine* to exclude any evidence or testimony regarding tips earned by Plaintiffs in excess the tip credit taken by Brinker International, Inc. ("Defendant").

Any testimony or evidence of tips earned in excess of the tip credit taken by Defendant is irrelevant and inadmissible under Federal Rules of Evidence 401 and 402. The tips earned by Plaintiffs are only relevant in this case to determine the unpaid minimum wages owed to them once Defendant's tip pools are found to be illegal. If Defendant's tip pools are ruled invalid, the unpaid wages due to Plaintiffs would be the difference between the sub-minimum wage paid to the servers and the applicable Federal minimum wage – also known as the tip credit taken by Defendant for these tipped employees. See 29 U.S.C. § 203(m); Opinion Letter (November 4, 1997); Chung v. New Silver Palace Restaurant, Inc., 246 F.Supp.2d 220, 230-31 (S.D.N.Y. 2002). However, any tips received by Plaintiffs **in excess** of this tip credit taken by Defendant would have no bearing on any issues at trial. Accordingly, this testimony is irrelevant and inadmissible under the Federal Rules of Evidence.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' motion *in limine* to exclude any evidence relating to tips earned by Plaintiffs in excess of the tip credit taken by Defendant.

Dated:  March 2, 2009            Respectfully submitted,

By:   /s/ James Kan
David Borgen, CA Bar No. 099354
borgen@gdblegal.com
Laura L. Ho, CA Bar No. 173179
lho@gdblegal.com
James Kan, CA Bar No. 240749
jkan@gdblegal.com
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Drive, Suite 1000
Oakland, CA  94612-3534
(510) 763-9800

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing instrument has been forward to all counsel of record via the Southern District of Texas'CM/ECF electronic filing system on March 2, 2009:

**Fraser A. McAlpine**
HUNTON & WILLIAMS LLP
Bank of America Center
700 Louisiana Street, Suite 4200
Houston, Texas 77002
Phone: 713.229.5700
Fax:  713.229.5750

**Sara Gillian Noel**
Akin Gump Strauss Hauer & Feld LLP
580 California, Ste 1500
San Francisco , CA 94104

**Kevin James White**
Hunton & Williams LLP
Bank of America Tower
700 Louisiana Street
Suite 4200
Houston , TX 77002

**Marcia Nelson Jackson**
Akin Gump et al
1700 Pacific Ave
Ste 4100
Dallas , TX 75201-4675

**Michael Brett Burns**
Hunton & Williams
575 Market Street
Ste 3700
San Francisco , CA 94105

/s/ James Kan
James Kan