# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, on Behalf of Herself and Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:05-CV-03733 |
| BRINKER INTERNATIONAL, INC., | § § | |
| Defendant. | § § | |

## PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Document Description | Bates |
|---|---|---|
| 1. | Employee Handbook 12/2003 | BRINKER000044, 76-77, 000090 |
| 2. | Hourly Employee Handbook 1/2005 | N/A |
| 3. | Hourly Employee Handbook 1/2006 | BRINKER000231, 263, 282 |
| 4. | Receipt of Brinker International's Employee Handbook signed by J. Roussell 5/17/03 | BRINKER 090540 |
| 5. | Chili's Server Checkout Receipts | N/A |
| 6. | E-mail to Barbara Youngman from Theresa McCaslin re: Tip Acknowledgment | BRINKER127405 |
| 7. | Brinker International Corporate Affairs Project Summary | BRINKER127401-403 |
| 8. | Project Memorandum re: Tip Credit 11/10/03 | BRINKER126773-774 |
| 9. | Research Memorandum re: Tip Credit 02/27/03 | BRINKER126762-763 |
| 10. | Brinker International General Guidelines for Tip Pooling | BRINKER126752-754 |
| 11. | Memorandum re: QA Position and Guidelines | BRINKER127085 |
| 12. | E-mail from Pam Mapes to Barbara Youngman re: QA Rate of Pay Change | BRINKER127385-387 |

| Exhibit No. | Document Description | Bates |
|---|---|---|
| 13. | E-mail from Mike Bieber re: AD Notes | BRINKER125360-363 |
| 14. | Tip Credit and Allocation Policy | BRINKER093809; 089430; 107432; 088810; 081249; 078427; 054168; |
| 15. | QA Certification – Procedures | BRINKER128078 |
| 16. | Regional Standards | BRINKER126603-04; 126609; 126599-602; 126610; 000140-145; 000033-37; 004915-23; 000001-4; 000021-23; 000858; 000027-29 |
| 17. | Forstall Regional Standards | BRINKER127169 |
| 18. | Leslie Regional Standards | BRINKER126759-761 |
| 19. | Local Options – Ithaca, Clay, Clarence, and Amherst, NY | N/A |
| 20. | Chili's Abbeville #1151 Restaurant Policies | BRINKER140080-83 |
| 21. | Welcome Chili-Heads to Chili's Appleton: Restaurant Policies and Procedures | BRINKER107275-80 |
| 22. | Chili's Bastrop: Local Policies | BRINKER042402-03 |
| 23. | Chili's Baton Rouge #48: Store Policies | BRINKER060636-37; 06063 |
| 24. | Chili's Carillon: Local Options | BRINKER05508 (3 pages – last number cut off) |
| 25. | Chili's Copperfield: Local Restaurant Policies | BRINKER02441 (3 pages – last number cut off) |
| 26. | Chili's Destin Store: Policies | BRINKER110650-53 |
| 27. | Welcome to Chili's Gallatin | BRINKER038990-996 |
| 28. | Chili's Greenwood – Store Policies | BRINKER084621-24 |
| 29. | Welcome to Chili's – Mandeville, Hammond, Slidell, Metairie | BRINKER141905-913 |
| 30. | Chili's Mangum – Local Policies | BRINKER05505 |
| 31. | Chili's Metairie Store Policies | BRINKER022011-014 |
| 32. | Chili's Savannah Store Policies | BRINKER091395-96 |
| 33. | Chili's Sierra Vista Store Policies | BRINKER029668-71 |
| 34. | Chili's South Setauket – Local Options | BRINKER077246-48 |
| 35. | West Monroe Policies | BRINKER142009-13 |
| 36. | Chili's Westheimer Local Policies | BRINKER051730-32 |
| 37. | Williston Local Options | BRINKER127377-127384 |
| 38. | Regional Standards – Bob Higgins' Region | BRINKER127177-127178 |

| Exhibit No. | Document Description | Bates |
|---|---|---|
| 39. | Chili's Grill & Bar Employee Information Sheet | BRINKER140299-302 |
| 40. | Signature page to Chili's policies and procedures – signed by Ash Adams | BRINKER000858; 849 |
| 41. | Tip Tracking Sheet | BRINKER127078 |
| 42. | Chili's Server Position Description | BRINKER125430 |
| 43. | Chili's Grill & Bar QA Position Description | BRINKER000005 |
| 44. | To-Go Specialist Job Description | BRINKER125421-125422 |
| 45. | Dishwasher Job Description | BRINKER125423 |
| 46. | Bartender Job Description | BRINKER125424-125425 |
| 47. | Bussperson [sic] Job Description | BRINKER 125426 |
| 48. | Cook Job Description | BRINKER125427 |
| 49. | Host Job Description | BRINKER125428 |
| 50. | Brinker International Tip Guidelines | BRINKER127079-127080 |
| 51. | Chili's Job Code Tip Flags | BRINKER126784 |
| 52. | Project Name: Tip Credit | BRINKER127402 |
| 53. | Notes from Team Meeting – 2/8/05 | BRINKER126831 |
| 54. | Job Codes Eligible for Tip Credit | BRINKER126772 |
| 55. | Project Memorandum re: Tip Credit – 5/1/03 | BRINKER126811-126812 |
| 56. | Research Memorandum re: Tip Credit | 127417-127418 |
| 57. | HRLT/HRD Teleconference Notes – 11/12/03 | BRINKER126748 |
| 58. | U.S. Department of Labor Fact Sheet #15: Tipped Employees Under the Fair Labor Standards Act (FLSA) | N/A |
| 59. | Tip Glossary | BRINKER127754 |
| 60. | Email from Legal – Labor Compliance Communications re: re-visiting Brinker's position on the QA position – 1/19/06 | BRINKER125358 |
| 61. | Email from Robin Robison re: QA position - 1/29/06 | BRINKER125359 |
| 62. | Whistle Blower Communication Posting on Brinker's General Counsel's Page – 2/17/06 | BRINKER000225 |

| Exhibit No. | Document Description | Bates |
|---|---|---|
| 63. | Dinner QA Opening Duties, Running Duties, and Closing Duties | BRINKER125339 |
| 64. | Memorandum re: QA Position and Guidelines – 1/19/06 | BRINKER125417 |
| 65. | Memorandum re: QA Position and Guidelines – 1/25/06 | N/A |
| 66. | Picture of Oakland Mall, MI Employee Board | ROU 000146 |
| 67. | Attention Servers!! Memo | N/A |
| 68. | E-mail from Leslie Denny re: Tip Credit | N/A |
| 69. | Job Codes – Tip Credit Eligible | N/A |
| 70. | Memorandum from Corporate Affairs/Theresa McCaslin re: Chili's Tip Credit | N/A |
| 71. | Memorandum from Corporate Affairs/Theresa McCaslin re: Macaroni Grill – Tip Credit | N/A |
| 72. | Memorandum from Corporate Affairs/Theresa McCaslin re: OTB – Tip Credit | N/A |
| 73. | E-mail from Judy Cimochowski re: "compliance updates…tip credits and incentive payments" – 12/14/03 | N/A |
| 74. | Memorandum from Corporate Affairs re: Incentive Payments – 9/2/03 | N/A |
| 75. | Memorandum from Matt Charbonneau and Judy Cimochowski re: "Time Clock –What you can and can not [sic] do" – 1/5/03 | N/A |
| 76. | E-mail from Judy Cimochowski re: Tip Exception Reporting – 11/10/02 | N/A |
| 77. | E-mail from Leslie Denny re: memo from Concept Presidents and Memorandum re: Tip Reporting | N/A |
| 78. | Theresa Bryant documents | BRINKER014289, 014336, 014337-38, 014373 |
| 79. | AD QA Tipping Notes | BRINKER127755 |
| 80. | Diagram of Miller Parkway Store – Zayas Deposition | Zayas Depo Exhibit 3 |

| Exhibit No. | Document Description | Bates |
|---|---|---|
| 81. | Diagram of Brookfield Store – Zayas Deposition | Zayas Depo Exhibit 4 |
| 82. | Personnel files of Plaintiffs | MISC |

# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER ROUSSELL, on Behalf of Herself and Others Similarly Situated, | Civil No. 4:05-cv-03733 |
| Plaintiffs, | |
| | Judge Keith P. Ellison |
| v. | Case Manager: Stephanie Vaught |
| | Court Reporter: _____ |
| BRINKER INTERNATIONAL, INC., | Proceeding: TRIAL |
| Defendant. | |

**EXHIBIT LIST OF DEFENDANT BRINKER INTERNATIONAL, INC.**

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| 1. | Hourly Employee Handbook 12/03 (BRINKER000044-000090) | | | | |
| 2. | Hourly Employee Handbook 1/2005 (BRINKER000091-000138) | | | | |
| 3. | Hourly Employee Handbook 1/2006 (BRINKER000231-000282) | | | | |
| 4. | QA Job Description with Acknowledgment - 2005 (BRINKER000005) | | | | |
| 5. | QA Job Description - English and Spanish versions - 2005 (BRINKER126318-126319) | | | | |
| 6. | Server Job Description with Acknowledgment - 2005 (BRINKER125430 - 125431) | | | | |
| 7. | QA Workbook - August 2006 (BRINKER BRINKER142034 - 57) | | | | |
| 8. | QA Facilitator's Guide - August 2006 (BRINKER142058 - 67) | | | | |
| 9. | QA Tip Procedure excerpt from page 6 of QA Certification - August 2006 (BRINKER128078) | | | | |
| 10. | QA Tip Procedure excerpt from page 9 of QA Facilitator's Guide - August 2006 (BRINKER142031) | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| 11. | QA Tip Procedure excerpt from page 9 of QA Workbook - August 2006 (BRINKER142032) | | | | |
| 12. | QA Tip Procedure excerpt from page 10 of QA Workbook Information - September 2007 (BRINKER142033) | | | | |
| 13. | Brinker International General Guidelines for Tip Pooling (BRINKER125340 - 125342) | | | | |
| 14. | Lunch QA Opening Duties (BRINKER125338) | | | | |
| 15. | Dinner QA Opening Duties (BRINKER125339) | | | | |
| 16. | January 19, 2006 Memorandum re: QA Position and Guidelines (BRINKER125417 and BRINKER127085) | | | | |
| 17. | January 25, 2006 Memorandum re: QA Position and Guidelines (ROU000080) | | | | |
| 18. | Handwritten diagram of positions (YOUNGMAN DEPOSITION EX. 5) | | | | |
| 19. | Brinker International Tip Guidelines (BRINKER127079-127080) | | | | |
| 20. | Tip Tracking Sheet (BRINKER127078) | | | | |
| 21. | Report on Job Code Comparisons (BRINKER126772) | | | | |
| 22. | A.M. Backwork Chart (BRINKER126757) | | | | |
| 23. | P.M. Backwork Chart (BRINKER126758) | | | | |
| 24. | Lisa Carbone's Employment Application Brinker International  (BRINKER017187-017188) | | | | |
| 25. | Receipt of Brinker's Employee Handbook - Lisa Carbone - 07-17-05 (BRINKER017184) | | | | |
| 26. | Form W-4 (2005) - Lisa Carbone - 07-17-05 | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| | (BRINKER017179) | | | | |
| 27. | Form W-4 (2005) - Lisa Carbone - 11-22-05 (BRINKER017181) | | | | |
| 28. | Brinker International Payroll Company, L.P. Employee Orientation - Lisa Carbone - 07-17-05 (BRINKER017182) | | | | |
| 29. | Request for Electronic Payment - Lisa Carbone (BRINKER017180) | | | | |
| 30. | Employee Communication Form - Lisa Carbone 08-14-05 (BRINKER017186) | | | | |
| 31. | Handwritten diagram of restaurant (CARBONE DEPOSITION EX. 8, dated 10-15-07) | | | | |
| 32. | Tip Credit and Allocation Policy - Kathy Connolly - 05-07-04 (CONNOLLY DEPOSITION EX 1, dated 05-01-07) | | | | |
| 33. | Ted Davis Payroll Report - 03-15-06 thru 03-28-07 - (DAVIS DEPOSITION EX 1) | | | | |
| 34. | Resume of Ted Davis (DAVIS DEPOSITION EX 2) | | | | |
| 35. | Receipt of Brinker's Employee Handbook - Ted Davis - 03-04-06 (BRINKER118939) | | | | |
| 36. | Notice of Potential  Plaintiffs - Position of Server - 10/31/07 (C. FOX DEPOSITION EX. B-P-2) | | | | |
| 37. | Handwritten diagram of restaurant (JAMISON DEPOSITION EX. 1) | | | | |
| 38. | Receipt of Brinker's Employee Handbook - John Linville - 09-15-04 (LINVILLE DEPOSITION EX. 6) | | | | |
| 39. | Wage/Employment Issues - Whistle Blower | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| | Communication - 02-20-2007 (MASON DEPOSITION EX. 1) | | | | |
| 40. | Receipt of Brinker Employee Handbook - Sherreta Anderson (BRINKER002772) | | | | |
| 41. | Signed Acknowledgment on Tip Reporting - Sherreta Anderson - 4-7-05 (BRINKER002780) | | | | |
| 42. | Signed Acknowledgment on Tip Reporting - Sherreta Anderson - 10-11-05 (BRINKER002773) | | | | |
| 43. | Brinker International Employee Orientation - Danielle McDonald - 10-4-04 (BRINKER068269) | | | | |
| 44. | Employee Orientation & Policy Acknowledgment Folder - Danielle McDonald (BRINKER068269-068272) | | | | |
| 45. | Receipt of Brinker International's Employee Handbook - Danielle McDonald (BRINKER066283) | | | | |
| 46. | Brinker International Payroll Company, LP Employment Application - Tammy Parsons - 8-13-05 (BRINKER079830 - 079831) | | | | |
| 47. | Employee Orientation Folder - Tammy Parsons - 8-13-05 (BRINKER079822) | | | | |
| 48. | Termination of Employment - Tammy Parsons (BRINKER079824) | | | | |
| 49. | Notice of Potential  Plaintiffs - Position of Server (PARSONS DEPOSITION EX. P-4) | | | | |
| 50. | Consent to Become Party Plaintiff - Tammy Parsons - 10-11-06 (PARSONS DEPOSITION EX. P-5) | | | | |
| 51. | Receipt of Brinker International's Employee Handbook - Tamara Berveiller - 9-13-04 | | | | |

4

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|-----|-------------|-------|------|------------|--------------|
|  | (BERVEILLER DEPOSITION EX. 1) |  |  |  |  |
| 52. | Chili's Phoenix Bell F.O.H. Running Sidework (BERVEILLER DEPOSITION EX. 2) |  |  |  |  |
| 53. | Notice to Potential Plaintiffs - Position of Server (C. Fox Exhibit B-P-2) 10-3-07 and Consent to Become Party Plaintiff |  |  |  |  |
| 54. | Brinker International General Guidelines for Tip Pooling - Marci Luca (BRINKER 126752-126754) |  |  |  |  |
| 55. | Deposition Transcript Change and/or Correction Page - Jose Montoya, dated 5-31-07 |  |  |  |  |
| 56. | Handwritten Diagram of Restaurant (NASS DEPOSITION EX. 1) |  |  |  |  |
| 57. | Employee Orientation Folder - Brian Paolillo (PAOLILLO DEPOSITION EX. B-P-1) |  |  |  |  |
| 58. | Notice to Potential Plaintiffs - Position of Server (PAOLILLO DEPOSITION EX. B-P-2) |  |  |  |  |
| 59. | Orientation and Policy Acknowledgement Folder - Allison Alfrey (BRINKER001772-001775) |  |  |  |  |
| 60. | Receipt of Employee Handbook - (PHILLIPS DEPOSITION EX. 1) |  |  |  |  |
| 61. | Checkout Receipt (ROBERTSON DEPOSITION EX. 1) |  |  |  |  |
| 62. | January 19, 2006 Memorandum re QA Position and Guidelines (BRINKER000139) |  |  |  |  |
| 63. | Handwritten Diagram of Restaurant (Spears Exhibit 1) |  |  |  |  |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|-----|-------------|-------|------|------------|--------------|
| 64. | Brinker International General Guideline for Tip Pooling (BRINKER125340-125342) | | | | |
| 65. | QA Certification Test - Rick Adams - (BRINKER000991-000992) | | | | |
| 66. | Brinker International Employment Application - Rick Adams (BRINKER000962- 000963) | | | | |
| 67. | Employee Orientation and Policy Acknowledgement Folder - Rick Adams (BRINKER000954) | | | | |
| 68. | Brinker International Employment Application - Allison Alfrey (BRINKER001776-001778) | | | | |
| 69. | Brinker International Employee Orientation Handbook and Policy Acknowledgment Folder - Jeremiah Brenner (BRINKER012444 - 012447) | | | | |
| 70. | Brinker International Employee Orientation Folder - Theresa Bryant (BRINKER014283) | | | | |
| 71. | Employee Policy Acknowledgment Folder - Theresa Bryant (BRINKER014285) | | | | |
| 72. | Receipt of Brinker International's Employee Handbook - Theresa Bryant (BRINKER014319) | | | | |
| 73. | Tip Reporting Acknowledgment - Theresa Bryant (BRINKER014320) | | | | |
| 74. | Handwritten diagram of tables - Theresa Bryant (BRINKER014373) | | | | |
| 75. | Brinker International Employee Communications Form - Theresa Bryant (BRINKER014289) | | | | |
| 76. | Brinker International Employee Orientation | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| | Handbook and Policy Acknowledgment Folder - Wendy Dorr (BRINKER029501) | | | | |
| 77. | Employee Policy Acknowledgment Folder - Wendy Dorr (BRINKER029503) | | | | |
| 78. | Handout and Acknowledgment re Tip Reporting - Wendy Dorr (BRINKER029520-029524) | | | | |
| 79. | Acknowledgment re Tip Reporting - Mandybeth Downing (BRINKER030013) | | | | |
| 80. | Consent to Become Party Plaintiff - Maureen Farinato 10-5-06 | | | | |
| 81. | Acknowledgment re Tip Reporting - Alysha Miller (BRINKER071500) | | | | |
| 82. | Brinker International Employee Orientation Folder - Jennifer Roussell (BRINKER090543) | | | | |
| 83. | Employee Policy Acknowledgment Folder - Jennifer Roussell (BRINKER090545) | | | | |
| 84. | Jennifer Roussell Pay Stubs (BRINKER000137-38) | | | | |
| 85. | Brinker International Payroll Company, LP Hourly Handbook - Jennifer Roussell (BRINKER000121-000122) | | | | |
| 86. | Acknowledgment on Tip Reporting - Jennifer Roussell (BRINKER123038) | | | | |
| 87. | Brinker International Payroll Company, LP Employment Application and Agreement to Arbitrate - Jennifer Roussell (BRINKER123031-123032) | | | | |
| 88. | Brinker International Employment Application - Chistina Slomkowski (BRINKER123409-123411) | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|-----|-------------|-------|------|------------|--------------|
| 89. | Consent to Become Party Plaintiff - Christina Slomkowski (SLOMKOWSKI DEPOSITION EX. 2) | | | | |
| 90. | Uniform Standards Acknowledgment Form - C. Slomkowski (BRINKER123408) | | | | |
| 91. | Brinker International Employee Orientation Handbook and Policy Acknowledgment Folder - Slomkowski, Christina (BRINKER123415) | | | | |
| 92. | Acknowledgment on Tip Reporting - E. Zayas - (BRINKER127247) | | | | |
| 93. | Brinker International Employee Orientation Handbook and Policy Acknowledgment Folder - E. Zayas (BRINKER127239 - 127242) | | | | |
| 94. | Handwritten Diagram of Miller Parkway Restaurant (ZAYAS DEPOSITION EX. 3) | | | | |
| 95. | Handwritten Diagram of Brookfield Restaurant (ZAYAS DEPOSITION EX. 4) | | | | |
| 96. | American Fork-CHI Local Policies (BRINKER141073) | | | | |
| 97. | Bedford-CHI Local Policies (BRINKER141088-90) | | | | |
| 98. | Camelback-CHI Local Policies (BRINKER140129-31) | | | | |
| 99. | Chattanooga-CHI Local Policies (BRINKER141768-70) | | | | |
| 100. | Clark-CHI Local Policies (BRINKER140136-39; BRINKER141099-102) | | | | |
| 101. | Corpus Christi-CHI Local Policies (BRINKER141794) | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| 102. | Corsicana-CHI Local Policies (BRINKER141438-45) | | | | |
| 103. | Cross Creek-CHI Local Policies (BRINKER022250-51; BRINKER088074-76; BRINKER141795) | | | | |
| 104. | Eldersburg-CHI Local Policies (BRINKER140659-60) | | | | |
| 105. | Hot Springs-CHI Local Policies (BRINKER140210-13) | | | | |
| 106. | Houma-CHI Local Policies (BRINKER003178-79; BRINKER072973-74; BRINKER079444-45; BRINKER010844-45; BRINKER029272-73; BRINKER140708-11) | | | | |
| 107. | Houston Hwy 6-CHI Local Policies (BRINKER077151-53; BRINKER090532-34; BRINKER102602-04) | | | | |
| 108. | Jackson-CHI Local Policies (BRINKER139503-04) | | | | |
| 109. | La Place-CHI Local Policies (BRINKER016000-02; BRINKER141175-80) | | | | |
| 110. | Lawton-CHI Local Policies (BRINKER030925-27) | | | | |
| 111. | Lebanon-CHI Local Policies (BRINKER0141872-79) | | | | |
| 112. | Little Falls-CHI Local Policies (BRINKER141203-04) | | | | |
| 113. | Lubbock-CHI Local Policies (BRINKER140290-91) | | | | |
| 114. | Lyon Township-CHI Local Policies (BRINKER100543-44; BRINKER118298-99; BRINKER128648-50; BRINKER140292-93) | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| 115. | Memphis-CHI Local Policies (BRINKER140306-12) | | | | |
| 116. | Oakland Mall-CHI Local Policies (BRINKER140822-28) | | | | |
| 117. | Odessa-CHI Local Policies (BRINKER141946-49) | | | | |
| 118. | Palisades Center-CHI Local Policies (BRINKER141243-47) | | | | |
| 119. | Phoenix Bell-CHI Local Policies (BRINKER140860-65) | | | | |
| 120. | Stillwater-CHI Local Policies (BRINKER128644-47; BRINKER140968-69) | | | | |
| 121. | Sugarland-CHI Local Policies (BRINKER006684-87; BRINKER141711-16) | | | | |
| 122. | Waco-CHI Local Policies (BRINKER140486-89) | | | | |
| 123. | Wellington-CHI Local Policies (BRINKER141022-23) | | | | |
| 124. | Williston-CHI Local Policies (BRINKER127377-82) | | | | |
| 125. | Wilmington-CHI Local Policies (BRINKER140516-18) | | | | |
| 126. | Winston Salem-CHI Local Policies (BRINKER028094; BRINKER066085-86; BRINKER094734-35; BRINKER094764-65; BRINKER114464; BRINKER114470-71; BRINKER114518-19; BRINKER114531-32; BRINKER140551) | | | | |
| 127. | Wolfchase-CHI Local Policies (BRINKER141048-54) | | | | |
| 128. | Adell 2002 Regional Standards | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|-----|-------------|-------|------|-----------|--------------|
|  | (BRINKER126603-04) |  |  |  |  |
| 129. | Bova 2004 Regional Standards (BRINKER000001 - 000004) |  |  |  |  |
| 130. | Brittingham 2003 Regional Standards (BRINKER126608) |  |  |  |  |
| 131. | Carroll 2002 Regional Standards (BRINKER126607) |  |  |  |  |
| 132. | Dugan 2006 Regional Standards (BRINKER140071 - 140075) |  |  |  |  |
| 133. | Forstall 2002 Regional Standards (BRINKER126609) |  |  |  |  |
| 134. | Gallagher 2003 Regional Standards BRINKER127179 - 127181) |  |  |  |  |
| 135. | Higgins 2003 Regional Standards (BRINKER000033 - 000037) |  |  |  |  |
| 136. | Leap 2004 Regional Standards (BRINKER000030 - 000032) |  |  |  |  |
| 137. | McKeating 2003/2004 Regional Standards (BRINKER126598) (BRINKER000024 - 000026) |  |  |  |  |
| 138. | Pearce 2004 Regional Standards (BRINKER000021 - 000023) |  |  |  |  |
| 139. | Sutter 2002 Regional Standards (BRINKER126606) |  |  |  |  |
| 140. | Williamson 2003 Regional Standards (BRINKER127174) |  |  |  |  |
| 141. | Williamson 2004 Regional Standards (BRINKER000007 - 000009) |  |  |  |  |
| 142. | Payroll Data for Bryant, Theresa at Store #462 |  |  |  |  |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|-----|-------------|-------|------|------------|--------------|
| 143. | Payroll Data for Carbone, Lisa at Store #900 | | | | |
| 144. | Payroll Data for Carter, Daniel at Store #29 | | | | |
| 145. | Payroll Data for Corno, Charles at Store #236 | | | | |
| 146. | Payroll Data for Davasher at Store #1019 | | | | |
| 147. | Payroll Data for Davis, Ted at Store #146 | | | | |
| 148. | Payroll Data for Donohue, Kirby at Store #754 | | | | |
| 149. | Payroll Data for Dorr, Wendy at Store #828 | | | | |
| 150. | Payroll Data for Evans, Heidi at Store #1145 | | | | |
| 151. | Payroll Data for Farinato, Maureen at Store #839 | | | | |
| 152. | Payroll Data for Fox, Richard at Store #721 | | | | |
| 153. | Payroll Data for Garner, Sylvia at Store #452 | | | | |
| 154. | Payroll Data for Hallmark, Jennifer at Store #986 | | | | |
| 155. | Payroll Data for Hill, Lisa Lavada at Store #214 | | | | |
| 156. | Payroll Data for Jandera, Jason at Store #575 | | | | |
| 157. | Payroll Data for Kaddy, Jesse at Store #126 | | | | |
| 158. | Payroll Data for Martino, Shari at Store #191 | | | | |
| 159. | Payroll Data for Moodie, Nicole at Store #249 | | | | |
| 160. | Payroll Data for Roussell, Jennifer at Stores #290, 112 and 124 | | | | |
| 161. | Payroll Data for Slomkowski, Christina at Store #316 | | | | |
| 162. | Payroll Data for Vial, Nicole Lena at Store | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| | #543 | | | | |
| 163. | Payroll Data for Williams, Shannon at Store #1027 | | | | |
| 164. | Payroll Data for Zayas, Emily at Store #996 | | | | |
| 165. | Deposition Transcript of Adams, Rick | | | | |
| 166. | Deposition Transcript of Alfrey, Allison | | | | |
| 167. | Deposition Transcript of Anderson, Shereta | | | | |
| 168. | Deposition Transcript of Berveiller, Tamara | | | | |
| 169. | Deposition Transcript of Brenner, Jeremiah | | | | |
| 170. | Deposition Transcript of Bryant, Theresa | | | | |
| 171. | Deposition Transcript of Carbone, Lisa | | | | |
| 172. | Deposition Transcript of Connolly, Kathy | | | | |
| 173. | Deposition Transcript of Davis, Ted | | | | |
| 174. | Deposition Transcript of Denny, Leslie | | | | |
| 175. | Deposition Transcript of Dorr, Wendy | | | | |
| 176. | Deposition Transcript of Downing, Mandybeth | | | | |
| 177. | Deposition Transcript of Edwards, Kelli | | | | |

13

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|-----|-------------|-------|------|------------|--------------|
| 178. | Deposition Transcript of Ellis, Elizabeth | | | | |
| 179. | Deposition Transcript of Evans, Heide | | | | |
| 180. | Deposition Transcript of Farinato, Maureen | | | | |
| 181. | Deposition Transcript of Folsom, Georgiana | | | | |
| 182. | Deposition Transcript of Fox, Christina | | | | |
| 183. | Deposition Transcript of Gray, Neefesha | | | | |
| 184. | Deposition Transcript of Hunt, Tiffany | | | | |
| 185. | Deposition Transcript of Johnston, Lauren | | | | |
| 186. | Deposition Transcript of Leslie, Tim | | | | |
| 187. | Deposition Transcript of Linville, John | | | | |
| 188. | Deposition Transcript of Luca, Marci | | | | |
| 189. | Deposition Transcript of Mason, David | | | | |
| 190. | Deposition Transcript of McCaslin, Theresa | | | | |
| 191. | Deposition Transcript of McDonald, Danielle | | | | |
| 192. | Deposition Transcript of Miller, Alysha | | | | |
| 193. | Deposition Transcript of Montoya, Jose | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| 194. | Deposition Transcript of Nass, Rebecca | | | | |
| 195. | Deposition Transcript of Nicholas, Randy | | | | |
| 196. | Deposition Transcript of Paolillo, Brian | | | | |
| 197. | Deposition Transcript of Parsons, Tammy | | | | |
| 198. | Deposition Transcript of Philips, Alicia | | | | |
| 199. | Deposition Transcript of Platz, David | | | | |
| 200. | Deposition Transcript of Posa, Wendy | | | | |
| 201. | Deposition Transcript of Roberson, Jeffery Antonio | | | | |
| 202. | Deposition Transcript of Roussell, Jennifer | | | | |
| 203. | Deposition Transcript of Sandidge, Susan | | | | |
| 204. | Deposition Transcript of Slomkowski, Christina | | | | |
| 205. | Deposition Transcript of Standifer, John | | | | |
| 206. | Deposition Transcript of Walker, Corey | | | | |
| 207. | Deposition Transcript of Wamsley, Candace | | | | |
| 208. | Deposition Transcript of Watson, Katie | | | | |
| 209. | Deposition Transcript of Wilks, Jessica | | | | |
| 210. | Deposition Transcripts of Youngman, Barbara | | | | |
| 211. | Deposition Transcript of Zayas, Emily | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|---|---|---|---|---|---|
| 212. | Notice of Consent - Roussell, Jennifer | | | | |
| 213. | Consent to Become Party Plaintiff - Adams, Rick | | | | |
| 214. | Consent to Become Party Plaintiff - Alfrey, Allison | | | | |
| 215. | Consent to Become Party Plaintiff - Anderson, Sherreta | | | | |
| 216. | Consent to Become Party Plaintiff - Brenner, Jeremiah | | | | |
| 217. | Consent to Become Party Plaintiff - Bryant, Theresa | | | | |
| 218. | Consent to Become Party Plaintiff - Carbone, Lisa | | | | |
| 219. | Consent to Become Party Plaintiff - Davis, Ted | | | | |
| 220. | Consent to Become Party Plaintiff - Dorr, Wendy | | | | |
| 221. | Consent to Become Party Plaintiff - Downing, Mandybeth | | | | |
| 222. | Consent to Become Party Plaintiff - Ellis, Elizabeth | | | | |
| 223. | Consent to Become Party Plaintiff - Evans, Heide | | | | |
| 224. | Consent to Become Party Plaintiff - Farinato, Maureen | | | | |
| 225. | Consent to Become Party Plaintiff - McDonald, Danielle | | | | |
| 226. | Consent to Become Party Plaintiff - Miller, Alysha | | | | |
| 227. | Consent to Become Party Plaintiff - Parsons, Tammy | | | | |

| No. | Description | Offer | Obj. | Date ADMIT | Date N/ADMIT |
|-----|-------------|-------|------|------------|--------------|
|  |  |  |  |  |  |
| 228. | Consent to Become Party Plaintiff - Slomkowski, Christina |  |  |  |  |
| 229. | Consent to Become Party Plaintiff - Walker, Corey |  |  |  |  |
| 230. | Consent to Become Party Plaintiff - Zayas, Emily |  |  |  |  |
| 231. | CHI 146 Payroll Data for T. Davis's Time Worked After Jan 2008 (BRINKER142068-71) |  |  |  |  |
| 232. | CHI 721 Payroll Data for R. Fox's Time Worked After Jan 2008 (BRINKER 142072-80) |  |  |  |  |
| 233. | 2004 QA Workbook (BRINKER084660-084685) |  |  |  |  |
| 234. | Evans, Heide Handbook Acknowledgement (BRINKER033371) |  |  |  |  |
| 235. | Ellis, Elizabeth Tip Credit Allocation Policy Acknowledgment (BRINKER032549-51) |  |  |  |  |
| 236. | 2004 QA Facilitator's Guide Excerpts (BRINKER015904 and 046703) |  |  |  |  |
| 237. | Walker, Cory Tip Credit and Allocation Policy Acknowledgment (BRINKER127294) |  |  |  |  |
| 238. | Brinker International Employee Orientation Handbook and Policy Acknowledgment Folder  - Miller, Alysha (BRINKER071496-98) |  |  |  |  |

Defendant reserves the right to amend or supplement this Exhibit List pursuant to the Federal Rules.  Defendant designates these exhibits in an abundance of caution subject to and without waiving its right to seek to exclude certain exhibits at trial.

Respectfully submitted,


/s/ Fraser A. McAlpine
**Fraser A. McAlpine**
State Bar No. 13321300
Federal I.D. No. 3407
**HUNTON & WILLIAMS LLP**
Bank of America Center
700 Louisiana Street, Suite 4200
Houston, Texas 77002
Phone: 713.229.5700
Fax:  713.229.5750

ATTORNEY-IN-CHARGE FOR DEFENDANT
BRINKER INTERNATIONAL, INC.


Of COUNSEL:

**Laura M. Franze**
State Bar No. 07389600
**Holly H. Williamson**
State Bar No. 21620100
**M. Brett Burns**
State Bar No. 03447900

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, on behalf of Herself and others similarly situated, | § § § | Civil Action No. 4:05-CV-03733 |
| Plaintiff, | § § § | |
| v. | § § § | |
| BRINKER INTERNATIONAL, INC., | § § § | |
| Defendant. | § | |

## <u>PLAINTIFFS' WITNESS LIST</u>

Plaintiff Jennifer Roussell, on behalf of herself and other similarly situated (collective, "Plaintiffs"), designate the following witnesses who are expected to testify at trial:

1.      Jennifer Roussell, Plaintiff

2.      Rick Adams, Plaintiff

3.      Allison Alfery, Plaintiff

4.      Jeremiah Brenner, Plaintiff

5.      Theresa Bryant, Plaintiff

6.      Wendy Dorr, Plaintiff

7.      Mandy Beth Downing, Plaintiff

8.      Elizabeth Ellis, Plaintiff

9.      Heidi Evans, Plaintiff

10.     Maureen Farinato, Plaintiff

11.     Alysha Miller, Plaintiff

12.     Christina Slomkowski, Plaintiff

13.     Cory Walker, Plaintiff

14.     Emily Zayas, Plaintiff

All of these witnesses (nos. 1-14) are current or former Servers who worked for Defendant and who have filed consents to join this action.  As previously represented to counsel for Defendant, these witnesses will testify as representatives of the class on subjects such as their employment with Chili's, their wage and compensation information, including being paid a sub-minimum wage, with whom they shared their earned tips, including Quality Assurance or Expeditors ("QAs" or "Expos"), the coercion or pressure from management actions that they experienced to share their tips with QAs, the job duties and practices of QAs, and/or other similar employment and related matters.  Each of the foregoing witnesses may be reached through Plaintiffs' counsel Martin Shellist, SHELLIST LAZARZ LLP, 3D/International Tower, 1900 West Loop South, Suite 1910, Houston, TX  77027.

15.     Barbara Youngman, Brinker Legal Compliance Manager

16.     Susan Sandidge, Brinker Assistant General Counsel

17.     Theresa McCaslin, former Brinker Reporting Manager in Corporate Affairs

18.     Leslie Denny, former Brinker Director of Corporate Affairs

19.     Tim Leslie, Brinker Research and Development Director

Each of the witnesses designated above (15-19) are current and/or form employees of Defendant who may testify concerning the following subjects: 1) the decision to classify QAs as non-tipped employees; 2) the decision to prohibit QAs from participating in mandatory tip pools; 3) corporate policies relating to QAs, including, but not limited to corporate job descriptions; 4) Chili's policies regarding employee tip pools; 5) other testimony regarding Plaintiffs' claims and Defendant's defense, to the extent previously designated on such topics.  Each of the witnesses designated above (15-19) may be contacted through Defendant's lead attorney, Fraser McAlpine, Hunton & Williams LLP, Bank of America Center, 700 Louisiana St., Ste. 4200, Houston TX 77002.

20.     David Borgen
        Laura L. Ho
        James Kan
        GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
        300 Lakeside Drive, Suite 1000
        Oakland, CA  94612-3534
        (510) 763-9800 (phone)
        (510) 835-1417 (facsimile)

21.     Richard Burch
        BRUCKNER BURCH PLLC
        1000 Louisiana, Suite 1300
        Houston, TX  77002
        (713) 877-8788 (phone)
        (713) 877-8065 (facsimile)

22.     Martin Shellist
        Daryl Sinkule
        Mark Lazarz
        SHELLIST LAZARZ LLP
        3D/International Tower
        1900 West Loop South, Suite 1910
        Houston, TX  77027
        (713) 621-2277 (phone)
        (713) 621-0993 (facsimile)

Assuming Plaintiffs are prevailing parties, the witnesses listed in nos. 20-22, and other lawyers who worked on the case, are expected to testify post-trial either live or via affidavit, as to the reasonableness and necessity of the attorneys' fees, costs, and expenses incurred in prosecuting this claim.

Plaintiffs reserve the right to amend this Trial Witness List pursuant to the Federal Rules.

Dated:  March 2, 2009                      Respectfully submitted,


                                           By:  __/s/ James Kan_____
                                           DAVID BORGEN
                                           State Bar No. 099354
                                           *Pro Hac Vice*
                                           LAURA L. HO
                                           State Bar No. 173179
                                           *Pro Hac Vice*
                                           JAMES KAN
                                           State Bar No. 240749
                                           *Pro Hac Vice*
                                           GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                               DARDARIAN
                                           300 Lakeside Drive, Suite 1000
                                           Oakland, CA  94612-3534
                                           (510) 763-9800 (phone)
                                           (510) 835-1417 (facsimile)

                                           RICHARD (REX) J. BURCH
                                           State Bar No. 24001807
                                           Federal ID No. 21615
                                           BRUCKNER BURCH PLLC
                                           1000 Louisiana, Suite 1300
                                           Houston, TX  77002
                                           (713) 877-8788 (phone)
                                           (713) 877-8065 (facsimile)

                                           MARTIN A. SHELLIST
                                           State Bar No. 00786487
                                           Federal ID No. 16456
                                           DARYL J. SINKULE
                                           State Bar. No. 24037502
                                           Federal ID No. 12308
                                           SHELLIST LAZARZ LLP
                                           3D/International Tower
                                           1900 West Loop South, Suite 1910
                                           Houston, TX  77027
                                           (713) 621-2277 (phone)
                                           (713) 621-0993 (facsimile)

                                           Attorneys for Plaintiffs

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, on behalf of Herself and others similarly situated, | § § § | Civil Action No. 4:05-CV-03733 |
| Plaintiff, | § § | |
| v. | § § | |
| BRINKER INTERNATIONAL, INC., | § § § | |
| Defendant. | § § | |

## DEFENDANT'S WITNESS LIST

Defendant Brinker International, Inc. designates the following witnesses who are expected to testify at trial either by live appearance or by deposition testimony:

1.    Steve Allen  (General Manager, Lawton, Oklahoma)

2.    Sherreta Anderson  (Opt-In Plaintiff)

3.    Paul Anzini  (General Manager, Phoenix, Arizona)

4.    Tamara Berveiller  (Server, Phoenix, Arizona)

5.    Amie Biller  (General Manager, Corsicana, Texas)

6.    Jesica Bogert  (Server, Normal, Illinois)

7.    Frannie Buzimkich  (Server, Waterbury, Connecticut)

8.    Lisa Carbone  (Opt-In Plaintiff)

9.    Kathy Connolly  (Server, Burlington, Massachusetts)

10.   Ted Davis  (Opt-In Plaintiff)

11.   Leslie Denny  (Defendant Corporate (former))

12.   Kelli Edwards  (QA, Wellington, Florida)

13.   Deborah Fisher  (Server, Lebanon, Tennessee)

14.   Georgiana Folsom  (Server, Cross Creek, North Carolina)

15.   Christina Fox  (Server, Powers, Colorado)

16.  Neefesha Gray  (Server, Jackson, Mississippi)

17.  Tiffany Hunt  (Server, Corsicana, Texas)

18.  Diane Jamison  (Server, Winston, North Carolina)

19.  Lauren Johnston  (Bartender, Burlington, Massachusetts)

20.  Jackie Lara  (Manager, Sugarland, Texas)

21.  Tim Leslie  (Defendant Corporate)

22.  John Linville  (QA, Lawton, Oklahoma)

23.  Marci Luca  (Server, Reading, Massachussetts)

24.  David Mason  (General Manager, Burlington, Massachusetts)

25.  Theresa McCaslin  (Defendant Corporate (former))

26.  Danielle McDonald  (Opt-In Plaintiff)

27.  Paul Meyer  (General Manager, Little Falls, New Jersey)

28.  Jose Montoya  (Server, Phoenix, Arizona)

29.  Rebecca Nass  (Server, Memphis, Tennessee)

30.  Randy Nicholas  (General Manager, Hot Springs, Arkansas)

31.  Brian Paolillo  (General Manager, Powers, Colorado)

32.  Tammy Parsons  (Opt-In Plaintiff)

33.  Todd Pearce  (Defendant Corporate)

34.  Alicia Philips  (QA, Phoenix, Arizona)

35.  David Platz  (General Manager, Oakland, Michigan)

36.  Wendy Posa  (Server, Waterbury, Connecticut)

37.  Jeffery Antonio Roberson  (General Manger, Cross Creek, North Carolina)

38.  Brian Rochow  (Manager, Sugarland, Texas)

39.  Susan Sandidge  (Defendant Corporate)

40.  Danielle Sirianni  (Server, Winston, North Carolina)

41.  Annie Spears Smith  (Manager, Stillwater, Oklahoma)

42.  John Standifer  (General Manager, Wolfcase, Tennessee)

43.  Gabrielle Stipanuk  (QA, West Oaks, Texas)

44.  Candace Wamsley  (Server, Powers, Colorado)

45.  Katie Watson  (Server, Dover, New Hampshire)

46.  Rob Wexler  (General Manager, Palisades Center, New York)

47.     Jana White  (Server, Memphis, Tennessee)

48.     Jessica Wilks  (Bartender, Server, Canon City, Colorado)

49.     Barbara Youngman  (Defendant Corporate)

50.     Chad Zimmerman  (Manager, American Fork, Utah)

51.     Any and all opt-in plaintiff remaining in this lawsuit not identified above

52.     Any witness listed by any party on any witness list and/or initial disclosures

Defendant gives notice of its intent to call the opt-in plaintiffs remaining in this lawsuit at trial.  Defendant reserves the right to amend or supplement this Trial Witness List pursuant to the Federal Rules.  Defendant designates witnesses Denny, McCaslin, and Youngman in an abundance of caution subject to and without waiving its right to seek to exclude some or all of their testimony at trial.


Dated:  March 2, 2009                   Respectfully submitted,


                                        /s/ Fraser A. McAlpine
                                        **Fraser A. McAlpine**
                                        State Bar No. 13321300
                                        Federal I.D. No. 3407
                                        **HUNTON & WILLIAMS LLP**
                                        Bank of America Center
                                        700 Louisiana Street, Suite 4200
                                        Houston, Texas 77002
                                        Phone: 713.229.5700
                                        Fax:  713.229.5750

                                        ATTORNEY-IN-CHARGE FOR DEFENDANT
                                        BRINKER INTERNATIONAL, INC.

                                        Attorneys for Defendant

**Trial Witnesses Defendant Intends To Call By Deposition**

| No. | Witness | State of Residence | Depo. Tr. | Statement of Subject Matter and Substance of Testimony |
|-----|---------|-------------------|-----------|--------------------------------------------------------|
| 1. | Berveiller, Tamara | Arizona | 4:3-22:7; 23:7-23:17; 23:22-24:5 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 2. | Bogert, Jesica | Illinois | 4:1-4:10; 4:18-22; 5:7-18; 6:20-14:2; 14:17-15:2; 27:4-34:3; 34:17-43:2; 45:10-54:20; 55:7-57:15; 57:20-58:10; 61:12-62:11; 66:21-68:11; 85:1-85:19; 89:12-90:4 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 3. | Connolly, Kathy | Massachusetts | 4:1-4:10; 5:8-6:2; 8:6-8:17; 9:3-11:23; 12:3-33:18; 43:17-44:9; 44:10-46:14; 47:9-48:7; 49:4-50:8; 56:6-62:5; 65:12-66:16 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 4. | Denny, Leslie | California | 5:4-66:12 | Reserve Right to Make Responsive Designations as Applicable, Subject to and Without Waiving Objections to Testimony and Evidence Presented in Deposition |
| 5. | Folsom, Georgiana | North Carolina | 5:1-5:12; 5:16-8:2; 9:18-10:16; 10:22-14:12; 14:19-36:7; 37:3-38:21; 39:2-44:25; 45:2-46:3; 48:20-50:9; 50:13-50:15 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 6. | Fox, Christina | Colorado | 4:1-4:6; 4:22-5:3; 5:15-7:23; 8:22-29:6; 30:2-30:22; 31:14-33:18; 35:6-39:22; 40:21-44:14 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |

**Trial Witnesses Defendant Intends To Call By Deposition**

| No. | Witness | State of Residence | Depo. Tr. | Statement of Subject Matter and Substance of Testimony |
|---|---|---|---|---|
| 7. | Gray, Nafeesha | Mississippi | 4:1-4:3; 5:20-5:22; 6:17-6:20; 7:7-8:1; 10:14-10:16; 10:19-10:21; 10:24-12:22; 13:18-17:20; 18:10-38:25; 41:2-72:8 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 8. | Hunt, Tiffany | Texas | 4:3-4:12; 4:16-5:6; 7:13-8:23; 9:19-10:9; 10:22-11:1; 11:13-11:17; 12:24-19:11; 20:25-23:3; 24:19-27:8; 28:1-29:15; 30:16-36:10; 37:2-37:20; 38:8-38:23; 48:1-48:17; 52:24-55:4; 59:19-60:1; 63:7-63:19 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 9. | Johnston, Lauren | Massachusetts | 4:3-4:10; 4:13-8:13; 9:6-18:13; 20:7-20:16; 22:1-22:11; 26:13-27:2; 28:7-29:1; 29:19-30:10; 41:7-43:2; 44:20-46:14 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 10. | Linville, John | Oklahoma | 5:1-5:4; 5:8-5:10; 7:19-8:13; 8:19-9:8; 9:25-10:16; 11:2-11:18; 15:13-16:12; 17:17-19:16; 21:3-23:6; 23:11-24:24; 25:7-26:23; 27:23-29:5; 30:1-30:11; 31:4-31:16; 32:15-33:1 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 11. | Luca, Marci | Massachusetts | 4:1-4:8; 4:16-4:18; 7:2-7:18; 8:18-10:4; 12:21-20:13; 21:6-53:8; 54:1-54:16 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 12. | Mason, David | New Hampshire | 4:1-4:4; 4:8-4:10; 6:2-7:6; 8:1-10:24; 11:9-11:13; 12:3-12:6; | Employment History; Testimony Regarding Lack of Manager |

**Trial Witnesses Defendant Intends To Call By Deposition**

| No. | Witness | State of Residence | Depo. Tr. | Statement of Subject Matter and Substance of Testimony |
|---|---|---|---|---|
| | | | 13:12-14:5; 14:17-16:9; 18:11-18:13; 20:16-21:8; 22:12-23:10; 23:24-24:21; 27:3-28:3; 80:9-80:15; 84:6-84:12; 89:18-90:24; 91:3-92:21; 93:6-93:12; 95:21-97:13; 105:3-105:24 | Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 13. | McCaslin, Theresa | Texas | 4:2-140:21 | Reserve Right to Make Responsive Designations as Applicable, Subject to and Without Waiving Objections to Testimony and Evidence Presented in Deposition |
| 14. | Montoya, Jose | Arizona | 4:1-4:5; 4:9-4:11; 4:15-4:20; 5:4-10:6; 10:22-22:7; 41:7-44:11; 46:3-46:14; 48:19-49:9; 49:14-54:12; 56:5-57:8 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 15. | Nass, Rebecca | Tennessee | 5:1-5:9; 5:13-5:19; 7:16-9:17; 10:19-43:11; 45:7-46:20; 52:23-53:5; 54:4-54:12; 56:1-56:16; 97:24-99:4; 101:8-101:17; 128:14-129:15; 130:14-130:24; 134:2-135:18; 142:3-142:15; 143:4-143:22 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 16. | Parsons, Tammy | Colorado | 4:1-4:14; 22:21-23:9; 23:16-24:9; 44:5-46:15; 49:6-51:8; 51:24-54:15; 54:20-55:14; 56:6-56:13; 57:3-57:18; 57:25-58:7; 59:23-60:6; 60:15-61:7; 63:18-64:4; 64:17-64:19; 67:21-69:13; 75:22-76:2 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 17. | Phillips, Alicia | Arizona | 4:3-4:5; 4:14-4:16; 5:1-5:10; 7:19-8:13; 12:2- | Employment History; Testimony Regarding |

**Trial Witnesses Defendant Intends To Call By Deposition**

| No. | Witness | State of Residence | Depo. Tr. | Statement of Subject Matter and Substance of Testimony |
|---|---|---|---|---|
| | | | 53:13; 90:8-91:15 | Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 18. | Platz, David | Michigan | 3:5-73:25; 106:12-117:14 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 19. | Posa, Wendy | Connecticut | 4:3-90:18 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 20. | Sirianni, Danielle | North Carolina | 4:1-30:3 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 21. | Smith, Anne Spears | Oklahoma | 4:1-72:6 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 22. | Standifer, John | Tennessee | 5:1-5:20; 6:23-78:3; 87:21-88:23; 92:22-95:1; 99:2-101:13; 126:1-128:15 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 23. | Wamsley, Candace | Colorado | 4:1-4:6; 4:9-4:11; 8:8-8:23; 9:19-9:24; 10:7-11:2; 11:7-12:5; 13:22- | Employment History; Testimony Regarding Lack of Manager |

**Trial Witnesses Defendant Intends To Call By Deposition**

| No. | Witness | State of Residence | Depo. Tr. | Statement of Subject Matter and Substance of Testimony |
|---|---|---|---|---|
| | | | 15:24; 16:4-17:7; 17:22-19:23; 20:5-26:17; 27:5-27:21; 28:13-28:15; 28:18-28:19; 29:4-31:22; 32:12-33:6; 33:25-35:22; 36:5-36:17; 37:14-38:6; 39:1-40:17; 41:20-43:15 | Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 24. | Watson, Katie | New Hampshire | 4:1-85:7; 125:16-129:5 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 25. | White, Jana | Tennessee | 3:1-37:3; 56:23-58:8; 63:7-13 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |
| 26. | Wilks, Jessica | Colorado | 4:1-65:10; 66:23-66:7 | Employment History; Testimony Regarding Lack of Manager Coercion to Tip QAs; Testimony Supporting Defendant's Defense that QAs are Tip Pool Eligible |

**Trial Witnesses Defendant Intends To Call By Deposition**

Defendant expressly reserves the right to call any of the individuals identified in Defendant's witness list by deposition in accordance with the Federal Rules of Civil Procedure.

Dated:  March 2, 2009                    Respectfully submitted,


                                         /s/ Fraser A. McAlpine
                                         **Fraser A. McAlpine**
                                         State Bar No. 13321300
                                         Federal I.D. No. 3407
                                         **HUNTON & WILLIAMS LLP**
                                         Bank of America Center
                                         700 Louisiana Street, Suite 4200
                                         Houston, Texas 77002
                                         Phone: 713.229.5700
                                         Fax:  713.229.5750


                                         ATTORNEY-IN-CHARGE FOR DEFENDANT
                                         BRINKER INTERNATIONAL, INC.

                                         Attorneys for Defendant