UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO. 4:05-CV-03733 |
| | § | |
| BRINKER INTERNATIONAL, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF STIPULATIONS BETWEEN PARTIES

Attached are certain stipulations reached by the parties.

               Respectfully submitted,

               **BRUCKNER BURCH PLLC**

               **/s/ Rex Burch**

**Of Counsel**:      By: _____
               Richard J. (Rex) Burch
SHELLIST ✯ LAZARZ LLP     S.D. Tex. No. 21615
               Texas Bar No. 24001807
GOLDSTEIN, DEMCHAK, BALLER,  1415 Louisiana, Suite 2125
BORGEN & DARDARIAN     Houston, Texas 77002
               Telephone:  (713) 877-8788
               Facsimile:   (713) 877-8065

## **CERTIFICATE OF SERVICE**

      I served a copy of this document on all counsel via the Southern District's CM/ECF electronic filing system on March 22, 2009.

      **/S/ Richard J. Burch**
      _____
      Richard J. Burch

## Rex Burch

**From:** McAlpine, Fraser A. [fmcalpine@hunton.com]
**Sent:** Saturday, March 07, 2009 11:02 PM
**To:** Rex Burch
**Subject:** RE: Brinker Stipulations

I confirm that this accurately represent our stipulations.

---

**From:** Rex Burch [mailto:rburch@brucknerburch.com]
**Sent:** Friday, March 06, 2009 5:59 PM
**To:** McAlpine, Fraser A.
**Subject:** Brinker Stipulations

My understandings:

1.   Plaintiffs will make an unopposed oral motion to amend the complaint to name Brinker International Payroll Company, L.P. is the defendant and the complaint will relate back;
2.   Brinker stipulates Plaintiffs' employment relationship with Brinker was within the coverage of the FLSA (i.e., proof of FLSA coverage is not required for Plaintiffs to prevail on their claim);
3.   Plaintiffs concede they were "tipped employees" during the shifts they worked as waiters;
4.   Plaintiffs concede they earned at least the tip credit in tips for each hour worked as a waiter;
5.   Brinker waives its good faith defense to liquidated damages;
6.   If plaintiffs prevail, they are entitled to back pay totaling $135,939.02.

Please confirm that this is all correct.

- Rex Burch