IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JENNIFER ROUSSELL       §
                        §       Civil No.   H-05-3733
vs.                     §
                        §
BRINKER INTERNATIONAL, INC.  §

Jury Note No __1__

Explain Question 1 - Do not understand question?
Explain in English

Date: 23 Mar 09

Foreperson: _____

Verdict

Courts Answer

yes

Please substitute this for Special Interrogatory 1:

At issue in this case is whether QA/Expos are employees who customarily and regularly receive tips. Did Plaintiffs prove by a preponderance of the evidence that, with respect to the job duties performed by QA/Expos, the experiences and/or testimony of the 14 Plaintiffs who testified are representative of the remaining 41 Plaintiffs?

Date: 23 March 2009

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

*Verdict*          05-3733

Special Interrogatory No. 2

Do you find that the Defendant Brinker proved by a preponderance of the evidence that it operated a legal tip pool under the Fair Labor Standards Act, that is, that QAs/Expos work in positions or an occupation that customarily and regularly receives tips?

YES _____     NO ___✓___     *Elizabeth Mulgren*

You should not proceed further with respect to this verdict form except to date and sign this verdict form and return it to the courtroom.

15