UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, on Behalf of Herself and Others Similarly Situated, | ] ] ] | CASE NO. 4:05-CV-03733 |
| *Plaintiffs*, | ] ] ] | |
| v. | ] ] ] | JURY DEMANDED |
| BRINKER INTERNATIONAL PAYROLL COMPANY, INC., | ] ] ] | |
| *Defendant*. | ] ] | |

## JUDGMENT

Defendant Brinker International Payroll Company, Inc. is liable to Plaintiffs as follows:

| Plaintiff | Back Pay | Liquidated Damages |
|---|---|---|
| Abshire, Katie | $1,890.11 | $1,890.11 |
| Acosta, Amy | $1,441.74 | $1,441.74 |
| Adams, Rick | $1,817.00 | $1,817.00 |
| Alfery, Allison | $676.43 | $676.43 |
| Anderson, Sherreta | $1,716.29 | $1,716.29 |
| Antley. Jessica | $5,754.99 | $5,754.99 |
| Baker, Angela | $16,224.26 | $16,224.26 |
| Bandala, Deborah (f/k/a Deborah Rose-Hamutcu) | $381.37 | $381.37 |
| Beaulieu, Joette | $3,819.67 | $3,819.67 |
| Brenner, Jay (Jeremiah) | $1,072.47 | $1,072.47 |
| Bryant, Theresa | $2,394.54 | $2,394.54 |
| Buonopane, Theresa | $1,915.08 | $1,915.08 |
| Carbone, Lisa | $893.45 | $893.45 |
| Carter, Daniel | $1,323.14 | $1,323.14 |
| Colbeck, Kimberly | $1,267.42 | $1,267.42 |
| Corno, Charles | $5,859.66 | $5,859.66 |
| Davasher, Devon | $1,066.51 | $1,066.51 |
| Davis, Ted | $2,542.76 | $2,542.76 |
| Dellamano, Leslie | $1,436.72 | $1,436.72 |
| Donohue, Kirby | $881.62 | $881.62 |
| Dorr, Wendy | $892.81 | $892.81 |
| Downing, Mandybeth | $2,173.44 | $2,173.44 |
| Ekeler, Jason | $1,054.39 | $1,054.39 |

| | | |
|---|---|---|
| Ellis, Elizabeth | $2,338.80 | $2,338.80 |
| Evans, Heidi | $2,041.73 | $2,041.73 |
| Farinato, Maureen | $1,208.15 | $1,208.15 |
| Fitzgerald, Karen | $1,653.06 | $1,653.06 |
| Flanagin, Tom | $3,405.10 | $3,405.10 |
| Fox, Richard | $3,605.36 | $3,605.36 |
| Garner, Sylvia | $3,465.04 | $3,465.04 |
| Hallmark, Jennifer | $1,540.58 | $1,540.58 |
| Hart, Heather | $1,104.07 | $1,104.07 |
| Held, Juanita | $5,314.27 | $5,314.27 |
| Hill, Lisa | $4,638.39 | $4,638.39 |
| Jandera, Jason | $4,673.59 | $4,673.59 |
| Jones, Falon | $861.64 | $861.64 |
| Kaddy, Jesse | $3,661.94 | $3,661.94 |
| Martino-Huffman, Shari | $1,125.45 | $1,125.45 |
| McDonald, Danielle | $803.20 | $803.20 |
| McDonald, Kerry | $4,057.12 | $4,057.12 |
| McKelvey, Janelle | $1,531.40 | $1,531.40 |
| Miller, Alysha | $298.82 | $298.82 |
| Moodie, Nicole | $630.00 | $630.00 |
| Parrish, Lindsey | $1,662.76 | $1,662.76 |
| Plane, Heather | $3,281.88 | $3,281.88 |
| Poulin, Christine | $3,750.44 | $3,750.44 |
| Roussell, Jennifer | $4,657.23 | $4,657.23 |
| Skubisz, Annette | $112.82 | $112.82 |
| Slomkowski, Christina | $4,363.48 | $4,363.48 |
| Smith-Crowder, Lori | $1,386.42 | $1,386.42 |
| Spahl, Kara | $1,940.28 | $1,940.28 |
| Vial, Lena (Vinzant) | $1,101.14 | $1,101.14 |
| Walker, Cory | $2,065.68 | $2,065.68 |
| Williams, Shannon | $2,376.44 | $2,376.44 |
| Zayas, Emily | $2,786.87 | $2,786.87 |

The aggregate amount awarded to Plaintiffs is $271,878.04. Post-judgment interest shall accrue on all amounts awarded at the rate of 0.56%.

Plaintiffs shall submit any request for attorney's fees and costs by July 1, 2009.

IT IS SO ORDERED.

SIGNED this 18th day of June, 2009.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE