IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 4:05-CV-03733 |
| VS. | § § | |
| BRINKER INTERNATIONAL, INC., | § § | Jury Requested |
| DEFENDANT. | § § | |

### DEFENDANT'S NOTICE OF APPEAL

Defendant, Brinker International Payroll Company, L.P., gives notice that it appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on June 18, 2009, and all orders and rulings rendered appealable thereby.[1]

---

[1] Plaintiffs sued Brinker International, Inc. on November 1, 2005. *See* Collective Action Complaint (Dkt 1). Prior to the entry of judgment, the parties stipulated to substitute Brinker International Payroll Company, L.P. as the defendant. The correct party defendant is "Brinker International Payroll Company, L.P." Because there are various references in the record to "Brinker," "Brinker International," and "Brinker International Payroll Company, Inc.," among others, in an abundance of caution to preserve error, all variously named Brinker defendants join in this notice of appeal.

1

Dated: August 19, 2009                               Respectfully submitted,

                                                     /s/ Fraser A. McAlpine
                                                     **Fraser A. McAlpine**
                                                     State Bar No. 13321300
                                                     Federal I.D. No. 3407
                                                     **HUNTON & WILLIAMS LLP**
                                                     Bank of America Center
                                                     700 Louisiana Street, Suite 4200
                                                     Houston, Texas 77002
                                                     Phone: 713.229.5700
                                                     Fax:  713.229.5750

                                                     ATTORNEY-IN-CHARGE FOR DEFENDANT
                                                     BRINKER INTERNATIONAL, INC.

Of COUNSEL:

**Laura M. Franze**
State Bar No. 07389600
**Holly H. Williamson**
State Bar No. 21620100
**M. Brett Burns**
State Bar No. 03447900

**HUNTON & WILLIAMS, LLP**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via the Southern District of Texas' CM/ECF electronic filing system on August 19, 2009:

| |
|---|
| Martin A. Shellist, Esq.<br>Daryl J. Sinkule, Esq.<br>SHELLIST & LAZARZ LLP<br>1900 West Loop South<br>Suite 1910<br>Houston, Texas 77027 |
| Richard J. Burch<br>BRUCKNER BURCH PLLC<br>1415 Louisiana #2125<br>Houston, TX 77002 |
| David A. Borgen<br>James Kan<br>Laura L. Ho<br>GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN<br>300 Lakeside Drive<br>Suite 1000<br>Oakland, CA 94612 |

    /s/ Fraser A. McAlpine
    **Fraser A. McAlpine**

99900.12004 EMF_US 28192244v1