IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER ROUSSELL, on behalf of Herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRINKER INTERNATIONAL PAYROLL COMPANY, LLP<br><br>Defendant. | Civil Action No. 4:05-CV-03733 |

## ORDER AND FINAL RULE 54(B) JUDGMENT

Plaintiffs' Motion for a Supplemental Award of Reasonable Attorneys' Fees, Costs, and Expenses Incurred from June 18, 2009 to January 27, 2010 and Defendant's objections thereto having been submitted, and the matter fully briefed, the Court, having carefully considered the motion and papers filed in support of the motion and Defendant's opposition to the motion and applying the standards governing the computation of attorneys' fees in the Fifth Circuit as specified in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) and its progeny, enters this Agreed Order and Final Rule 54(b) Judgment and orders Defendant Brinker International Payroll Company, L.L.P., to pay Plaintiffs $90,000 for attorneys' fees, $5,933.05 in litigation related expenses; and $524 in taxable costs within thirty (30) days of the entry of this Order and Final Judgment.

**IT IS SO ORDERED.**

SIGNED this  4th  day of  August                          , 2010.

                                                KEITH P. ELLISON
                                                UNITED STATES DISTRICT
                                                JUDGE