IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER ROUSSELL, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED, <br><br>    PLAINTIFF, <br><br>vs. <br><br>BRINKER INTERNATIONAL, INC., <br><br>    DEFENDANT. | §§§§§§§§§§§§ | CIVIL ACTION NO. 4:05-CV-03733 <br><br> Jury Requested |

### DEFENDANT'S NOTICE OF APPEAL

Defendant Brinker International Payroll Company, L.P. gives notice that it appeals to the United States Court of Appeals for the Fifth Circuit from the post-judgment Order and Final Rule 54(B) Judgment, entered in this action on August 4, 2010, and all orders and rulings rendered appealable thereby.[1]

---

[1] Plaintiffs sued Brinker International, Inc. on November 1, 2005. *See* Collective Action Complaint (Dkt 1). Prior to the entry of judgment, the parties stipulated to substitute Brinker International Payroll Company, L.P. as the defendant. The correct party defendant is "Brinker International Payroll Company, L.P.," as indicated on the aforementioned order. However, because there are various references in the record to "Brinker," "Brinker International," and "Brinker International Payroll Company, Inc.," among others, in an abundance of caution to preserve error, all variously named Brinker defendants join in this notice of appeal. Lastly, this is the third notice of appeal in this civil proceeding. The first (Dkt. 320) and second (Dkt. 381-1) were filed on August 19, 2009, and February 1, 2010, respectively. Per the May 11, 2010 Order from the United States Court of Appeals for the Fifth Circuit, one consolidated appeal of all merits and attorney's fees issues will be presented.

Dated:  September 2, 2010                            Respectfully submitted,


                                                     /s/ Fraser A. McAlpine
                                                     **Fraser A. McAlpine**
                                                     State Bar No. 13321300
                                                     Federal I.D. No. 3407
                                                     **HUNTON & WILLIAMS LLP**
                                                     Bank of America Center
                                                     700 Louisiana Street, Suite 4200
                                                     Houston, Texas 77002
                                                     Phone: 713.229.5700
                                                     Fax:  713.229.5750

                                                     ATTORNEY-IN-CHARGE FOR DEFENDANT
                                                     BRINKER INTERNATIONAL, INC.


Of COUNSEL:

**Laura M. Franze**
State Bar No. 07389600
**Holly H. Williamson**
State Bar No. 21620100
**M. Brett Burns**
State Bar No. 03447900
**HUNTON & WILLIAMS, LLP**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record via the Southern District of Texas' CM/ECF electronic filing system on September 2, 2010:

| |
|---|
| Martin A. Shellist, Esq.<br>Daryl J. Sinkule, Esq.<br>SHELLIST & LAZARZ LLP<br>1900 West Loop South<br>Suite 1910<br>Houston, Texas 77027 |
| Richard J. Burch<br>BRUCKNER BURCH PLLC<br>1415 Louisiana #2125<br>Houston, TX 77002 |
| David A. Borgen<br>James Kan<br>Laura L. Ho<br>GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN<br>300 Lakeside Drive<br>Suite 1000<br>Oakland, CA 94612 |

/s/ Fraser A. McAlpine
**Fraser A. McAlpine**